IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL CONRAD MEDEROS** *and*                                                           **PLAINTIFFS**
**JANETTE MEDEROS**

**v.**                                                           **CIVIL ACTION NO. 1:23-cv-48-TBM-RPM**

**OMEGA SHIPYARD, INC.;**
**COWIN EQUIPEMENT COMPANY,**
**INC; UNITED RENTALS;** *and*
**INDEMNITY INSURANCE**
**COMPANY OF NORTH AMERICA**                                                           **DEFENDANTS**

### ORDER APPROVING SETTLEMENT AND JUDGMENT OF DISMISSAL

THIS MATTER came before the Court on a Joint Motion for Court Approval of a Third Party and 9(i) Settlement, under Miss. Code Ann. § 71-3-29 and § 71-3-71. Plaintiffs were joined by United Rentals and its workers' compensation insurance carrier, Indemnity Insurance Company of North America and Defendant Omega Shipyard, Inc. The Court, having considered the Joint Motion finds it is well-taken, and the relief requested is GRANTED. IT IS, THEREFORE, ORDERED AND ADJUDGED:

a) The Defendant will pay Plaintiffs the sum as stated in the Joint Motion for Court Approval of a Third Party and 9(i) Settlement filed as redacted and incorporated here by reference.

b) In exchange for this payment, Plaintiffs will dismiss this lawsuit against Defendant and execute any releases, receipts, or instruments required by Defendant to evidence their complete release, acquittance, and discharge for any further obligations related to this claim.

c) United Rentals and Indemnity Insurance Company of North America will waive their lien as stated in the Joint Motion for Court Approval of a Third Party and 9(i) Settlement filed as redacted and incorporated here by reference.

d) In exchange for this waiver and additional payment, Plaintiff Michael Mederos will dismiss his workers' compensation claim, and he has agreed to execute any releases, receipts, or instruments required by the Employer/Carrier to evidence their complete release, acquittance, and discharge for any further obligations related to this claim, including a release to resign his employment with United Rentals.

e) Any and all claims between Omega Shipyards and United Rentals related to this accident are released.

f) That this Court does hereby approve the reasonable attorneys' fees and expenses as agreed by the parties out of the proceeds of this settlement for services rendered pursuant to the private fee agreement between them as shown on the attached Exhibit "1" to the Joint Motion for Court Approval of a Third Party and 9(i) Settlement filed as redacted and incorporated here by reference.

Following the exchange of these payments, this lawsuit will be dismissed with prejudice.

SO ORDERED, this the 1st day of March, 2024.

                                                                      TAYLOR B. MCNEEL
                                                                      UNITED STATES DISTRICT JUDGE