IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL CONRAD MEDEROS** *and*                              **PLAINTIFFS**
**JANETTE MEDEROS**

v.                                           CIVIL ACTION NO. 1:23-cv-48-TBM-RPM

**OMEGA SHIPYARD, INC.**                                      **DEFENDANT**

## JUDGMENT OF DISMISSAL

This cause is before the Court on Joint Motion of the Plaintiffs and Defendant to dismiss this case with prejudice, the parties having agreed to and announced to the Court a resolution of this case and the Court being advised that the payments referenced in this Court's prior Order of March 1, 2024, having been paid, further finds that the Joint Motion to Dismiss is well taken and should be sustained and this matter finally closed on its docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this case is hereby DISMISSED with PREJUDICE as to all parties with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution and dismissal.

SO ORDERED, this the 19th day of March, 2024.

                                                    _____
                                                    TAYLOR B. MCNEEL
                                                    UNITED STATES DISTRICT JUDGE